UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAJIRI TURNER, JR.,

Plaintiff,

v.

M.W. WILLIAMS, et. al,

Defendants.

Case No. 20-cv-04802-EJD (PR)

**ORDER OF DISMISSAL**

On July 17, 2020, Plaintiff, a California prisoner, filed the instant *pro se*, civil rights action pursuant to 42 U.S.C. § 1983.[1] Dkt. No. 1. On the same day, the Clerk sent Plaintiff a notice that he had not paid the filing fee or filed an application to proceed *in forma pauperis* ("IFP"), and that he needed to file a complete IFP motion within twenty-eight days or face dismissal. Dkt No. 2. The deadline, August 14, 2020, has passed, and Plaintiff has not filed an IFP application or paid the filing fee. Accordingly, Plaintiff's case is **DISMISSED** without prejudice for failure to pay the filing fee.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: 9/1/2020

EDWARD J. DAVILA
United States District Judge

---

[1] This matter was reassigned to this Court on August 27, 2020. Dkt. Nos. 5, 6.

ORDER OF DISMISSAL